UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES T. CLAGETT, III,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C17-111RSL

ORDER STAYING CASE

This matter comes before the Court on petitioner's motion to stay further consideration of his motion under 28 U.S.C. § 2255. Dkt. # 6. Having considered that motion and the rest of the record in this case, the Court hereby finds and orders:

1. Further briefing and resolution of this petition is stayed pending the Ninth Circuit's decision in *United States v. Joseph Pritchard*, No. 15-50278.

2. Within thirty days after the issuance of a decision in that case, the parties shall file simultaneous briefing addressing the application of that decision to this matter.

SO ORDERED this 19th day of April, 2017.

                                               Robert S. Lasnik
                                               United States District Judge

ORDER STAYING CASE - 1